UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANGELO POWELL, | ) | Case No. CV 10-111 GW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| R. GROUNDS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 19, 2013

_____
GEORGE H. WU
United States District Judge